PRENCIPE *v.* PRINCE GEORGE'S COUNTY
WELFARE BOARD, ET AL.

[No. 150, September Term, 1967.]

*Decided April 1, 1968.*

The cause was submitted on brief to HAMMOND, C. J., and
HORNEY, MARBURY, McWILLIAMS and FINAN, JJ.

Submitted on brief by appellant.

No brief filed on behalf of appellees.

PER CURIAM.

The appellant's brief consisted of one sentence alleging that
the Circuit Court abused its discretion by acting arbitrarily and
against "the weight of the evidence." No record extract was
filed, and no brief for the appellee. There is nothing on which
this Court can have a review of the Circuit Court's action and
under Maryland Rules 828 a and 831 the appeal must be dis-
missed.

*Appeal dismissed.*